FILED

08/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0614

_____

IN RE THE ADOPTION OF:

R.D.J., a Minor Child,

JEREMY JAMES,

      Petitioner and Appellee,                O R D E R

    v.

WAYNE DARRELL DAILEY,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 4 2021